UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # 5

------------------------------------------------------------
NIEVES

USCA NO. _____

SDNY NO. 07cv11515
-v-                                            JUDGE: KMW
                                               DATE: 1/22/2008

NATIONAL SECURITY AGENCY et al
------------------------------------------------------------

INDEX TO THE RECORD ON APPEAL

[Stamp: U.S. DISTRICT COURT FILED JAN 22 2008 S.D. OF N.Y.]

PREPARED BY (NAME) _____Nezam D._____
         FIRM _____APPEALS SECTION_____
      ADDRESS  UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY
               500 PEARL STREET, NEW YORK, NEW YORK 10007
     PHONE NO. _____(212) 805-0636_____

DISTRICT COURT DOCKET ENTRIES ------------------------------------------------

DOCUMENTS                                                          DOC#

_____
                         Clerk's Certificate
_____
                    See Attached List of Numbered Documents
_____
                       Only Circled Documents Included
_____

(√) Original Record                          (___) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the ___22nd___ Day of _January_, 2008.

**United States District Court for
the Southern District of New York**

-----------------------------------------------------------

NIEVES

-V-

NATIONAL SECURITY AGENCY et al

-----------------------------------------------------------

Date: __1/22/2008__

U.S.C.A. # _____

U.S.D.C. # __07cv11515__

D.C. JUDGE __KMW__

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __4__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**           **Document Description**

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this __22nd__ Day of __January__ In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232nd year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-11515-KMW
### Internal Use Only

Nieves v. National Security Agency et al
Assigned to: Judge Kimba M. Wood
Cause: 28:1331 Federal Question: Bivens Act

Date Filed: 12/26/2007
Date Terminated: 12/26/2007
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
|---|---|---|
| 12/26/2007 | 1 | PETITION SURVEILANCE COURT. (Filing Fee $ 350.00, Receipt Number 618934).Document filed by Luis Nieves.(jeh) (Entered: 01/07/2008) |
| 12/26/2007 |   | Magistrate Judge Frank Maas is so designated. (jeh) (Entered: 01/07/2008) |
| 12/26/2007 | 2 | ORDER OF DISMISSAL, It is well-settled that the United States has sovereign immunity from suit and may be sued only with its consent and under whatever terms Congress may impose. Accordingly, the action is dismissed for reasons set forth in this order. I certify under 1915 (a) (3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 12/26/2007) (jeh) (Entered: 01/07/2008) |
| 12/26/2007 | 3 | JUDGMENT. Ordered, Adjudged and Decreed: That the petition is hereby dismissed because it seeks relief against defendants who are immune from suit. A certificate of appealability will not issue. I certify pursuant to 28 U.S.C. 1915(a) that any appeal from the Court's order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 12/26/2007) (jeh) (Entered: 01/07/2008) |
| 01/17/2008 | 4 | NOTICE OF APPEAL from 2 Order Dismissing Petition, 3 Judgment - Sua Sponte (Petition). Document filed by Luis Nieves. Copies sent to attorney(s) of record: A.U.S.A. (tp) (Entered: 01/22/2008) |
| 01/17/2008 |   | Appeal Remark as to 4 Notice of Appeal filed by Luis Nieves. $455.00 APPEAL FEE DUE. IFP REVOKED 12/26/07. (tp) (Entered: 01/22/2008) |
| 01/22/2008 |   | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 4 Notice of Appeal. (tp) (Entered: 01/22/2008) |
| 01/22/2008 |   | Transmission of Notice of Appeal to the District Judge re: 4 Notice of Appeal. (tp) (Entered: 01/22/2008) |