9.17.07

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CURCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 1st. day of April, two thousand and eight,

Luis Nieves,

    Plaintiff-Appellant,

v.

National Security Agency, Homeland Security Department, Criminal Justice Department, Justice Department, Private Contractors, et al,

    Respondents.

**ORDER**
Docket Number: 08-0391-cv

An appeal having been filed in this Court on 1/22/08; and,

The Court, *sua sponte*, on 3/6/08 having issued an order to show cause why the appeal should not be dismissed for failure to pay the required docket fee; and

Appellant not having responded to the Court as directed;

IT IS ORDERED, that the appeal is dismissed.

For the Court:
Catherine O`Hagan Wolfe, Clerk

By: _____
Lynette Rodriguez, Deputy Clerk

Certified: 5/1/08